UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL ACTION NO. 8:13-cv-01732-MSS-EAJ

FLORIDA VAN RENTALS, INC.
d/b/a DISCOUNT MOBILITY USA, and
MEDICAL TRAVEL, INC.,

    Plaintiffs,

vs.

AUTO MOBILITY SALES, INC.,

    Defendant.

## RULE 3.01(g) COMPLIANCE STATEMENT ON MOTION FOR ATTORNEYS FEES PURSUANT TO ORDER ENTERED AT DKT. 78

Defendant, AUTO MOBILITY SALES, INC. ("Auto Mobility"), by and through undersigned counsel, hereby certifies compliance with Local Rule 3.01(g) on the pending Motion for an Award of Attorneys' Fees and Costs and Incorporated Memorandum of Law (Dkt. 77) pursuant to this Court's Order dated January 21, 2015 entered at Dkt. 78, and states as follows:

    1.    On January 27, 2015, Auto Mobility's counsel spoke with Wayne Harper, Esq., counsel for Plaintiffs, by telephone, regarding the pending Motion for an Award of Attorneys' Fees and Costs and Incorporated Memorandum of Law (Dkt. 77). Mr. Harper advised the undersigned that he could not agree to a resolution of the motion because his client has not been communicating with him and, as a result, Mr. Harper intends to file a motion to withdraw as counsel for Plaintiffs.

Dated: January 27, 2015

                                        Respectfully submitted,

                                        **/s/ Joel B. Rothman**
                                        Joel B. Rothman

Florida Bar No. 0098220  
Telephone: 561-404-4335  
Rothman Intellectual Property Law Group PLLC  
4651 N. Federal Hwy  
Boca Raton, Florida 33431  
Joel.rothman@sriplaw.com  
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /Joel B. Rothman/  
Joel B. Rothman  
FL Bar No. 98220

## SERVICE LIST

Wayne V. Harper  
Harper IP Law, P.A.  
wayne@harperiplaw.com  
711 S. Howard Avenue  
Tampa, FL 33606  
*Attorney for Plaintiffs*