# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FLORIDA VAN RENTALS, INC. d/b/a
DISCOUNT MOBILITY USA, and
MEDICAL TRAVEL, INC.

    Defendants,                         Case No: 8:13-cv-01732-MSS-EAJ

vs.

AUTO MOBILITYSALES, INC.

    Plaintiffs.

_____/

## DECLARATION OF WAYNE HARPER

I, Wayne Harper, declare:

1. My name is Wayne Harper. I am over 18 years of age. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. To my knowledge, all of the facts stated in this Declaration are true and correct.

2. I am Counsel for the Plaintiffs in this litigation. No other persons have assisted me in this litigation.

3. To the extent I participated in Plaintiffs' litigation conduct, Counsel was following Plaintiffs' instructions.

4. I undertook no actions and took no positions I believed were frivolous, but rather took actions and positions that were at least arguable under current law and the facts of the case as I understood them.

5. I acknowledge that during the course of this case there have been significant delays in this case in discovery and scheduling mediation.

6. I further acknowledge that I failed to attend a scheduled hearing on November 13, 2014 due to a calendaring error on my part.

7. I sincerely regret that discovery suffered significant delays in this litigation, however, I made strenuous efforts to obtain relevant materials and information from the Plaintiffs within applicable deadlines, and never intended to delay or limit discovery to the Defendant.

8. I also regret that mediation suffered significant delays, however, I made strenuous efforts to schedule mediation at several points in time, but was unable to obtain a date earlier than the previously noticed mediation to which all parties were willing to commit.

9. I made my best efforts to conduct this litigation in a timely and efficient manner despite suffering a brain hemorrhage and suffering generally ill health in 2014.

10. I knew that Counsel for the Defendant and this Court would not tolerate such delays for a protracted period of time, and I had no motivation to participate in vexatious conduct.

11. That notwithstanding, I considered it my professional and ethical obligation to stand by my clients regardless of my personal risk and discomfort, and I attempted to serve them to the best of my ability.

12. Within the bounds of respecting attorney-client confidentiality I can, however, state unequivocally that there was no *dilatory intent or intent to abuse the discovery process* on my part.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2015.

/s/ Wayne Harper
Wayne Harper